# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REBECCA MARLETTE; ESTATE OF HANS MARLETTE; O'LEARY EXPLORATORY SERVICES, INC.; and DOES 1 TO 100, INCLUSIVE,<br><br>    Defendants. | Case No.: 1:12-CV-00216-LJO-BAM<br><br>**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

Based on the Stipulation of the parties, and for good cause shown, the Court continues the Mandatory Scheduling Conference currently set for May 1, 2012 to June 6, 2012 at 10:00 a.m. in Courtroom 8 of this Court. With respect to Plaintiff's request for permission to serve Ms. Marlette by certified and regular mail, and/or publication, the Court can not advise the parties on the proper means for effectuating service, or otherwise comply with the Federal Rules of Civil Procedure. Moreover, the Court is not inclined to preemptively rule on the propriety of service, when the issue is not ripe for determination.

IT IS SO ORDERED.

Dated: **April 24, 2012**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403