1  MARK G. BONINO (SBN 70215)
   HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP
2  203 Redwood Shores Pkwy., Ste. 480
   Redwood City, California  94065
3  Telephone:  (650) 637-9100
   Facsimile:  (650) 637-8071
4
   Attorneys for Defendant
5  O'LEARY EXPLORATORY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | CASE NO. 1:12 cv 00216 LJO BAM |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a) |
| REBECCA MARLETTE; ESTATE OF HANS MARLETTE; O'LEARY EXPLORATORY SERVICES, INC. and DOES 1 TO 100, INCLUSIVE, | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR:

Defendant O'Leary Exploratory Services, Inc. is hereby dismissed from the above-entitled action, with prejudice.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **May 21, 2012**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

380814

- 1 -

**ORDER OF DISMISSAL**
**Case No. 1:12 cv 00216 LJO BAM**