MARK G. BONINO (SBN 70215)
HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant
O'LEARY EXPLORATORY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA MARLETTE; ESTATE OF HANS MARLETTE; O'LEARY EXPLORATORY SERVICES, INC. and DOES 1 TO 100, INCLUSIVE,<br><br>　　　　　　Defendants. | **CASE NO. 1:12 cv 00216 LJO BAM**<br><br>ORDER OF DISMISSAL<br><br>FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a) |

GOOD CAUSE APPEARING THEREFOR:

Defendant O'Leary Exploratory Services, Inc. is hereby dismissed from the above-entitled action, with prejudice. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **May 21, 2012**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

380814

- 1 -

**ORDER OF DISMISSAL**
**Case No. 1:12 cv 00216 LJO BAM**