UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>REBECCA MARLETTE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 12-0216 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 15.) |

　　　Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 11, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.  This Court sees no need to grant 60 days to complete settlement.

　　　This Court VACATES all pending matters and dates, including the June 6, 2012 scheduling conference.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:　May 31, 2012**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT JUDGE