# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>REBECCA MARLETTE, et al.,<br><br>        Defendants. | CASE NO. CV F 12-0216 LJO BAM<br><br>**ORDER TO EXTEND DEADLINE TO DISMISS ACTION**<br>(Doc. 17.) |

Based on the request of plaintiff's counsel, this Court EXTENDS to August 17, 2012 the deadline to file papers to dismiss this action in its entirety. This Court will entertain no further extension without a strong showing of good cause and will impose sanctions on parties or counsel contributing to inexcusable delay to conclude settlement and dismiss this action.

IT IS SO ORDERED.

**Dated:   July 3, 2012**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE