# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>REBECCA MARLETTE, et al.,<br><br>             Defendants.<br>_____ / | CASE NO. CV F 12-0216 LJO BAM<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 19.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   August 1, 2012                          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1